**Opinion issued July 16, 2026**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-26-00683-CV

_____

## IN RE SHARON GOSS, GENEVA MORRIS, BEVERLY MORRIS, AVER PARTNER, AND ANTHONY PARTNER, Relators

---

**Original Proceeding on Petition for Writ of Mandamus**

---

## MEMORANDUM OPINION

Relators filed a petition for writ of mandamus challenging the trial court's separate orders denying their pleas to the jurisdiction, motions to transfer to probate court, and motion for abatement of proceedings.[1] In conjunction with the petition,

---

[1] The underlying case is *Aneatric Denise Thomas v. Sharon Craft, Genva Marie Morris, Beverly Morris, Ava Lanthon, and Anthony Partner*, cause number 2026-14193, pending in the 151st District Court of Harris County, Texas, the Honorable Erica R. Hughes presiding.

Relators filed a Motion for Emergency Stay. Without reaching the merits of the petition, we deny the petition for failing to meet the Texas Rules of Appellate Procedure's requirements for consideration of mandamus relief. *See* TEX. R. APP. P. 52.7(a)(1) (requiring "a certified or sworn copy of every document that is material to the relator's claim for relief and that was filed in any underlying proceeding"); 52.7(a)(2) (requiring "a properly authenticated transcript of any relevant testimony from any underlying proceeding, including any exhibits offered in evidence, or a statement that no testimony was adduced in connection with the matter complained"). Any pending motions, including Relators' Motion for Emergency Stay, are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Caughey, Johnson, and Dokupil.